UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| STEPHEN MORRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 2:20-cv-00526-JPH-DLP |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |

**ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT**

On October 8, 2020, the plaintiff Stephen Morris wrote a letter to this Court attaching a denial of tort claim and requesting additional time to file a complaint. The submission was docketed as a complaint but lacks sufficient factual allegations to proceed as a complaint. Therefore, the plaintiff shall have **through November 16, 2020**, to file an amended complaint. Failure to file an amended complaint by this deadline may result in the dismissal of this action without further notice.

The **clerk is directed** to include a prisoner complaint form with the plaintiff's copy of this Order. Because an amended complaint completely replaces the currently operative complaint, it must be a complete statement of the plaintiff's claims, including the factual basis of those claims and the relief sought by the plaintiff. *See Beal v. Beller*, 847 F.3d 897, 901 (7th Cir. 2017) ("For pleading purposes, once an amended complaint is filed, the original complaint drops out of the picture."). The proposed amended complaint should have the proper case number, 2:20-cv-00526-JPH-DLP, and the words "Amended Complaint" on the first page.

**SO ORDERED**.

Date: 10/20/2020

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

STEPHEN MORRIS
527740
Missouri Eastern Correctional Center
18701 Old Highway 66
Pacific, MO 63069

2